**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ADRIENNE COLWELL,  )  | |
| ) | CASE NO. 5:12CV666 |
| Plaintiff,  ) | |
| ) | |
| v.  ) | MAGISTRATE JUDGE GREG WHITE |
| ) | |
| MICHAEL J. ASTRUE,  ) | |
| Commissioner of Social Security  ) | **JUDGMENT ENTRY** |
| ) | |
| Defendant.  ) | |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is AFFIRMED and judgment is entered in favor of the defendant.

IT IS SO ORDERED.

s/ Greg White<br>United States Magistrate Judge

Dated:   February 25, 2013